IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 09-239 (JJF) |
| ) | |
| CADILA HEALTHCARE LIMITED, and ) | **PUBLIC VERSION** |
| ZYDUS PHARMACEUTICALS (USA) INC., ) | |
| ) | Original File Date: December 14, 2009 |
| Defendants. ) | Redacted File Date: January 5, 2010 |

## STIPULATION AND ORDER

# REDACTED IN ITS ENTIRETY

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Karen Jacobs Louden
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
  *Attorneys for Wyeth*
OF COUNSEL:

Basil J. Lewris
Allen M. Sokal
Robert D. Litowitz
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
(202) 408-4000

PROCTOR HEYMAN LLP

/s/ Dominick T. Gattuso
Kurt M. Heyman (#3054)
Dominick T. Gattuso (#3630)
1116 West Street
Wilmington, De 19801
(302) 472-7300
kheyman@proctorheyman.com
dgattuso@proctorheyman.com
  *Attorneys for Cadila Healthcare Limited,
  and Zydus Pharmaceuticals (USA), Inc.*
OF COUNSEL:

Steven J. Moore
Delphine W. Knight Brown
KELLEY DRYE & WARREN LLP
400 Atlantic Street
Stamford, CT 06901
(203) 324-1400

Joseph A. Boyle
KELLEY DRYE & WARREN LLP
200 Kimble Drive
Parsippany, NJ 07504
(973) 503-5900

2

SO ORDERED, this _____ day of _____, 2009.

_____
United States District Judge

3315980